IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **STEPHANIE RISTOW** | § § § | |
| *Plaintiff,* | § § | |
| VS. | § § § | |
| **TEXAS LAUREL RIDGE HOSPITAL, L.P., UHS OF DELAWARE, INC. DBA UNIVERSAL HEALTH SERVICES OF DELAWARE, INC., AND RODNEY NORMAN** | § § § § § § § | **Civil Action No. 5:19-cv-1469** |
| *Defendants.* | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE INITIAL RESPONSIVE PLEADINGS**

Before the Court is Defendants Texas Laurel Ridge Hospital, L.P., UHS of Delaware, Inc. dba Universal Health Services of Delaware, Inc., and Rodney Norman, (collectively "Defendants") *Unopposed Motion to Extend Time to File Initial Responsive Pleadings* ("Motion"). [ECF No. 7]. After due consideration, the Court finds the *Motion* well-taken and that it should be **GRANTED**. It is therefore

**ORDERED** that Defendants shall have up to and through January 24, 2020, to file their initial responsive pleading to Plaintiff's *Complaint*. It is further

**ORDERED** that this extension will not constitute a waiver of any jurisdictional or venue challenges including, but not limited to, any challenges made under FEDERAL RULES OF CIVIL PROCEDURE 4 or 12, 28 U.S.C. § 2201 or 28 U.S.C. § 1404, or any other potential defenses.

It is so **ORDERED**.

—2—

_____  _____
Date                          The Honorable Chief Judge Orlando L. Garcia
                              United States District Judge