IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STEPHANIE RISTOW,<br>    *Plaintiff*,<br><br>v.<br><br>TEXAS LAUREL RIDGE HOSPITAL L.P.<br>UHS OF DELAWARE, INC. DBA<br>UNIVERSAL HEALTH SERVICES OF<br>DELAWARE, INC., AND RODNEY<br>NORMAN,<br>    *Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 5:19-cv-1469 |

## JOINT ADR REPORT

The parties jointly submit this Alternative Dispute Resolution ("ADR") Report:

    1.    The parties have conferred regarding the alternative dispute resolution procedures available in the Western District of Texas.

    2.    <u>Settlement Offer and Response.</u>

The parties have complied with the deadlines for submitting a written settlement offer and a written response set forth in the Scheduling Order.

    3.    <u>Person Responsible for Settlement Negotiations</u>

Plaintiff and her counsel, Allison S. Hartry and Melissa Morales Fletcher, will be responsible for settlement negotiations on Plaintiff's behalf. Defendants and their counsel, Tracy Graves Wolf and Brent Sedge, will be responsible for settlement negotiations on Defendants' behalf.

    4.    <u>Alternative Dispute Resolution in this Action</u>

The parties recognize ADR methods approved by this Court but feel that at this time ADR is premature. Mediation may be appropriate at a later stage in these proceedings following

additional discovery. In the event that mediation is deemed appropriate, the parties will agree to one of the following alternative dispute resolution providers based on availability at the time that the parties agree to a date for mediation or, if necessary to agree to another private mediator with expertise in employment discrimination laws:

>Malinda Gaul
>315 E Euclid Ave
>San Antonio, TX 78212-4709
>210-225-0685
>
>Michael Holland
>1250 NE Interstate 410 Loop
>San Antonio, TX 78209
>(210) 824-8282
>
>Eric Galton
>Lakeside Mediation Center
>3825 Lake Austin Blvd # 403
>Austin, TX 78703

Respectfully submitted,

| | |
|---|---|
| /s/ Allison Sarah Hartry | /s/ Tracy Graves Wolf |
| Melissa Morales Fletcher | Tracy Graves Wolf |
| State Bar No. 24007702 | Texas Bar No. 24004994 |
| Melissa@themoralesfirm.com | Tracy.Wolf@lewisbrisbois.com |
| Allison Sarah Hartry | Brent Sedge |
| State Bar No. 24083149 | Texas Bar No. 24082120 |
| ahartry@themoralesfirm.com | Brent.Sedge@lewisbrisbois.com |
| **THE MORALES FIRM, P.C.** | **LEWIS BRISBOIS BISGAARD & SMITH, LLP** |
| 6243 Interstate 10 West, Suite 132 | 2100 Ross Avenue, Suite 2000 |
| San Antonio, Texas 78201 | Dallas, TX 75201 |
| Telephone: (210) 225-0811 | (214) 722-7144 - Telephone |
| Facsimile: (210) 225-0821 | (214) 722-7111 - Fax |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |

## Certificate of Service

    I certify that a true and correct copy of the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure on August 12, 2020:

/s/ Allison Sarah Hartry
Allison Sarah Hartry
