**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **STEPHANIE RISTOW,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TEXAS LAUREL RIDGE HOSPITAL L.P.** | § | **Civil Action No. 5:19-cv-1469** |
| **UHS OF DELAWARE, INC. DBA** | § | |
| **UNIVERSAL HEALTH SERVICES OF** | § | |
| **DELAWARE, INC., AND RODNEY** | § | |
| **NORMAN,** | § | |
| *Defendant.* | § | |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

Pursuant to the Court's Scheduling Order and Rule 26(a)(2) of the Federal Rules of Civil

Procedure, Plaintiff files her Designation of Expert Witnesses. Specifically, although discovery

is still ongoing, and Plaintiff reserves the right to amend or supplement this designation, Plaintiff

hereby designates the following testifying experts:

> Melissa Morales Fletcher
> Lawrence Morales II
> The Morales Firm, P.C.
> 6243 IH-10 West, Suite 132
> San Antonio, Texas 78201
> 210-225-0811

Said attorneys will provide opinions on the reasonable and necessary attorneys' fees incurred by

Plaintiff to prosecute her claims against Defendants. If applicable, said attorneys will also testify

in rebuttal to any attorneys' fee evidence offered by Defendants. Said attorneys' opinions are

based on each of his/her experience and familiarity with fees customarily charged in this

geographical area, in cases of this type; his/her personal knowledge, gained by participation in

the litigation of this matter, of the legal services performed by his/her firm, and the legal services

performed by counsel; his/her review of the billing records and time records of his/her firm in

this matter, and his/her firm's files in this matter, including pleadings, briefs, written discovery, depositions, correspondence, and research. Said attorneys' opinions are further based on his/her evaluations of the following factors: (1) the time and labor required to handle the case, (2) the relative difficulty and novelty of the legal and factual questions involved in this case, (3) the skill requisite to handle this case properly, (4) the preclusion of other employment by him/her and his/her firm inherent in taking this case, (5) the fees customarily charged by attorneys and law firms for work of the nature involved in this case, (6) the fee arrangements with Plaintiff, (7) the amounts in controversy in this case and the results sought by the client, (8) time limits imposed by the circumstances in this case, (9) the nature and length of the relationship between the attorneys and Plaintiff, and (10) the experience, abilities, and reputation of the attorneys handling the work in this case. Said attorneys will rely both on personal experience and on records (which may be redacted as to certain privileged information) depicting the time spent by attorneys, the services performed for or on behalf of same, and the fees charged for such time and services. Said attorneys may also rely on non-privileged information, such as pleadings and discovery in this case, and the documents produced by all parties in this litigation.

Fletcher's biographical information may be obtained at https://www.themoralesfirm.com/attorney/fletcher-melissa-morales/. Morales's biographical information may be obtained at https://www.themoralesfirm.com/attorney/morales-lawrence-ii/.

Respectfully submitted,

**THE MORALES FIRM, P.C.**
6243 W. Interstate 10, Suite 132
San Antonio, Texas 78201
Telephone: (210) 225-0811
Facsimile: (210) 225-0821

BY: /S/ Allison Sarah Hartry
Melissa Morales Fletcher, *Of Counsel*
ATTORNEY-IN-CHARGE
State Bar No. 24007702
Email: Melissa@themoralesfirm.com
Allison Sarah Hartry
State Bar No. 24083149
Email: ahartry@themoralesfirm.com

**COUNSEL FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I do hereby certify that on September 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to the all counsel of record.

/s/ Allison S. Hartry
Allison S. Hartry