FILED
November 23, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STEPHANIE RISTOW, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| TEXAS LAUREL RIDGE HOSPITAL L.P. | § | Civil Action No. 5:19-cv-1469 |
| UHS OF DELAWARE, INC. DBA | § | |
| UNIVERSAL HEALTH SERVICES OF | § | |
| DELAWARE, INC., AND RODNEY | § | |
| NORMAN, | § | |
| *Defendant*. | § | |

**ORDER GRANTING JOINT MOTION TO EXTEND
SCHEDULING ORDER DEADLINES**

Pending before the Court is the parties' Joint Motion to Extend Scheduling Order Deadlines [dkt. #25]. After considering the Motion, the Court finds that the Motion should be GRANTED.

Accordingly, the following deadlines shall govern the remainder of this case:

6. The parties shall complete all discovery on or before **Friday, January 8, 2021**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **Friday, February 26, 2021**. Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to 20 pages in length.

8. The parties shall mediate this case on or before **Friday, March 26, 2021**, unless the parties seek an order from the Court excusing them from mediation.

9. This case is set for pretrial conference on July 14, 2021 at 9:30 A.M. The parties should consult Local Rule CV-16 regarding matters to be filed in

advance of a pretrial conference and/or trial.

10. This case is set for jury selection and trial on July 19, 2021 at 9:30 a.m.

IT IS SO ORDERED.

SIGNED THIS  23rd  DAY OF    November    , 2020.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE