FILED
January 12, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
         DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| STEPHANIE RISTOW,<br>　　*Plaintiff*,<br><br>v.<br><br>TEXAS LAUREL RIDGE HOSPITAL L.P. UHS OF DELAWARE, INC. DBA UNIVERSAL HEALTH SERVICES OF DELAWARE, INC., AND RODNEY NORMAN,<br>　　*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§　　Civil Action No. 5:19-CV-1469 |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Pending before the Court is Plaintiff's Unopposed Motion to Extend Scheduling Order Deadlines [dkt. #27]. After considering the Motion, the Court finds that the Motion should be GRANTED.

Accordingly, the following deadlines shall govern the remainder of this case:

6. The parties shall complete all discovery on or before **Friday, February 26, 2021**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **Friday, March 26, 2021**. Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to 20 pages in length.

8. The parties shall mediate this case on or before **Friday, March 26, 2021**, unless the parties seek an order from the Court excusing them from mediation.

9. This case is set for pretrial conference on Wednesday, July 21, 2021 at 10:00 a.m.. The parties should consult

      Local Rule CV-16(e) regarding matters to be filed in advance of a pretrial conference and/or trial.

10.     This case is set for jury selection and trial on **Monday, July 26, 2021** at 9:30 a.m.

IT IS SO ORDERED.

SIGNED THIS  12th  DAY OF  January , 2021.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE