

Tracy Graves Wolf
Board Certified in Labor & Employment
by the Texas Board of Legal Specialization
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
Tracy.Wolf@lewisbrisbois.com
Direct: 972.638.8672

June 18, 2021

File No. 28094.166

**VIA ELECTRONIC SERVICE**
Clerk of the Court
U.S. District Clerk's Office
Western District of Texas
655 E. Cesar E. Chavez Blvd., Rm G65

Re: *Stephanie Ristow v. Laurel Ridge, et al.*
Case 5:19-cv-01469-OLG,
United States District Court for the Western District of Texas, San Antonio Division

Dear Clerk and Counsel:

This letter is to advise the Court and all Counsel that I will be on prepaid vacation from September 17, 2021 through September 23, 2021, which was reserved in March. A vacation letter was not filed with the court until now as this counsel reserved this prepaid vacation during the time when this case was original set for July 26, 2021. The new trial setting is September 13, 2021, and while I don't anticipate the trial will last more than 4 days—but I know it is possible. Unfortunately, I did not anticipate the court resetting the trial for this date.

As such, I am respectfully requesting that no hearings, mediations, depositions, trials, or other matters are scheduled during this time that require my attention. Your assistance with regard to the foregoing request is appreciated.

Should you have any questions, please do not hesitate to call me.

Very truly yours,

*/s/ Tracy Graves Wolf*

Tracy Graves Wolf of
LEWIS BRISBOIS BISGAARD & SMITH LLP

TGW/rm

cc:   Allison Sarah Harty
      Melissa Morales Fletcher;

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

4823-1860-5294.1