IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STEPHANIE RISTOW, § | | |
|     *Plaintiff*, § | | |
| § | | |
| v. § | | |
| § | | |
| TEXAS LAUREL RIDGE HOSPITAL L.P. § | | Civil Action No. 5:19-cv-1469 |
| UHS OF DELAWARE, INC. DBA § | | |
| UNIVERSAL HEALTH SERVICES OF § | | |
| DELAWARE, INC., AND RODNEY § | | |
| NORMAN, § | | |
|     *Defendant*. § | | |

## JOINT MOTION TO CONTINUE TRIAL

Pursuant to the Court's July 13, 2021 correspondence, the Parties jointly file this Joint Motion to Continue Trial and, in support thereof, state as follows:

1. Trial in this matter is currently scheduled for Monday, September 13, 2021.

2. On July 13, 2021, Jessica Urrutia, Courtroom Deputy to Judge Garcia, informed the parties that they could elect to be placed on a trailing docket for trial or they could file a motion for continuance containing three agreed alternate trial dates.

3. The parties have conferred and agree that a motion to continue trial is appropriate.

4. The parties are all available the weeks of November 8, 2021; February 14, 2022; and April 4, 2022.

5. Accordingly, the parties respectfully move this Court to continue trial to one of the three dates provided above.

Respectfully submitted,

| | |
|---|---|
| /s/ Allison Sarah Hartry | /s/ Tracy Graves Wolf (with permission) |
| Melissa Morales Fletcher | Tracy Graves Wolf |
| State Bar No. 24007702 | Texas Bar No. 24004994 |
| Melissa@themoralesfirm.com | Tracy.Wolf@lewisbrisbois.com |
| Allison Sarah Hartry | **LEWIS BRISBOIS BISGAARD & SMITH, LLP** |
| State Bar No. 24083149 | 2100 Ross Avenue, Suite 2000 |
| ahartry@themoralesfirm.com | Dallas, TX 75201 |
| **THE MORALES FIRM, P.C.** | (214) 722-7144 - Telephone |
| 6243 Interstate 10 West, Suite 132 | (214) 722-7111 - Fax |
| San Antonio, Texas 78201 | |
| Telephone: (210) 225-0811 | **ATTORNEYS FOR DEFENDANTS** |
| Facsimile: (210) 225-0821 | |
| **ATTORNEYS FOR PLAINTIFF** | |

## CERTIFICATE OF SERVICE

I do hereby certify that on July 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to the all counsel of record.

/s/ Allison S. Hartry
Allison S. Hartry